# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# CIVIL CASE HEARING

|  |  |
|---|---|
| *Sample* | **COURT MINUTES** |
| Plaintiff, | BEFORE: Susan Richard Nelson |
|  | U.S. District Judge |
| v. | Case No: 15cv602 (SRN/BRT) |
|  | Date: December 16, 2016 |
|  | Court Reporter: Heather Schuetz |
| *City of Woodbury, et al.,* | Courthouse: St. Paul |
|  | Courtroom: 7 B |
| Defendants. | Time Commenced: 11:00 AM |
|  | Time Concluded: 11:30 AM |
|  | Time in Court: 30 Minutes |

APPEARANCES:

    Plaintiff:     Kevin K. Shoeberg

    Defendants:     Vicki A. Hruby, Paul C. Peterson

PROCEEDINGS:

    The City of Woodbury's renewed Motion to Dismiss [Doc. No. 56] was submitted, argued, and taken under advisement.

s/S.DelMonte<br>Courtroom Deputy